FILED

01/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0497

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0497

STATE OF MONTANA,

　　　　Plaintiff and Appellee,

　v.

THOMAS RONALD KNUDSON,

　　　　Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including March 4, 2023, within which to prepare, serve, and file its response brief.

**BG**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 31 2023